# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 14-1036**                                                    September Term, 2014

1:14-cv-00942-GK
EPA-Registration Number 090098

Filed On: August 26, 2015

Center for Biological Diversity, et al.,

      Petitioners

   v.

Environmental Protection Agency,

      Respondent

------------------------------

E. I. du Pont de Nemours and Company and
Syngenta Crop Protection LLC,
      Intervenors

_____

**No. 15-5168**

Center for Biological Diversity, et al.,

      Appellants

   v.

Environmental Protection Agency, et al.,

      Appellees

    **BEFORE:**    Griffith and Srinivasan, Circuit Judges

## O R D E R

    Upon consideration of the motion for extension of time to respond to the motion for summary affirmance in No. 15-5168; the motion to exceed page limits in the response to the motion for summary affirmance in No. 15-5168; and the motion to remove No. 14-1036 from abeyance and to consolidate, the responses thereto, and the reply, it is

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 14-1036**　　　　　　　　　　　　　　**September Term, 2014**
**No. 15-5168**

**ORDERED** that the motion to exceed page limits be denied. See D.C. Cir. Rule 27(h)(3) ("The court disfavors motions to exceed page limits; such motions will be granted only for extraordinarily compelling reasons."). It is

**FURTHER ORDERED** that the motion for extension of time be granted. Appellants' response to the motion for summary affirmance, not to exceed 20 pages, is now due September 3, 2015. It is

**FURTHER ORDERED** that consideration of the motion to remove No. 14-1036 from abeyance and to consolidate be deferred pending further order of the court.

### Per Curiam

　　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　　　　BY:　/s/
　　　　　　　　　　　　　　　　　　　Robert J. Cavello
　　　　　　　　　　　　　　　　　　　Deputy Clerk